FILED '08 MAR 05 16:00 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JOANNE E. DUNTON, CLYDE E. DUNTON,

        **Plaintiffs,**

        v.

CASCADE HEALTHCARE COMMUNITY,

        **Defendant.**

Civil No. 07-6253-TC

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered to show cause in writing not later than March 2, 2008, why this action should not be dismissed without prejudice for failure to serve summons and complaint. Fed. R. Civ. P. 4(m). Nothing has been filed in response to that order.

This action should be dismissed without prejudice.

Dated: March 5, 2008.

_____
United States Magistrate Judge

**FINDINGS AND RECOMMENDATION**